UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CERTAIN UNDERWRITERS AT LLOYD'S, LONDON, INDIAN HARBOR INSURANCE COMPANY, QBE SPECIALTY INSURANCE COMPANY, STEADFAST INSURANCE COMPANY, GENERAL SECURITY INDEMNITY COMPANY OF ARIZONA, UNITED SPECIALTY INSURANCE COMPANY, LEXINGTON INSURANCE COMPANY, HDI GLOBAL SPECIALTY SE, OLD REPUBLIC UNION INSURANCE COMPANY, GEOVERA SPECIALTY INSURANCE COMPANY, AND TRANSVERSE SPECIALTY INSURANCE COMPANY,<br><br>　　　　　　　Petitioners,<br><br>　　　　v.<br><br>MPIRE PROPERTIES, LLC,<br><br>　　　　　　　Respondent. | No. 22-CV-9607 (RA)<br><br>ORDER |

RONNIE ABRAMS, United States District Judge:

This case has been assigned to me for all purposes. On November 10, 2022, Petitioners filed a complaint seeking to compel arbitration.

ORDERED that Petitioners shall file and serve any additional materials with which they intend to support their petition to compel arbitration by December 2, 2022. Respondent's opposition, if any, is due on December 16, 2022. Petitioners' reply, if any, is due on December 23, 2022.

IT IS FURTHER ORDERED that Petitioners shall serve a copy of this Order on Respondent.

SO ORDERED.

Dated: November 16, 2022
       New York, New York

_____
Ronnie Abrams
United States District Judge