UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CERTAIN UNDERWRITERS AT LLOYD'S, LONDON, INDIAN HARBOR INSURANCE COMPANY, QBE SPECIALTY INSURANCE COMPANY, STEADFAST INSURANCE COMPANY, GENERAL SECURITY INDEMNITY COMPANY OF ARIZONA, UNITED SPECIALTY INSURANCE COMPANY, LEXINGTON INSURANCE COMPANY, HDI GLOBAL SPECIALTY SE, OLD REPUBLIC UNION INSURANCE COMPANY, GEOVERA SPECIALTY INSURANCE COMPANY, and TRANSVERSE SPECIALTY INSURANCE COMPANY,

                      Petitioners,

v.

MPIRE PROPERTIES, LLC,

                      Respondent.

22-CV-9607 (RA)

ORDER

---

RONNIE ABRAMS, United States District Judge:

On May 8, 2025, the United States Court of Appeals for the Second Circuit issued an opinion reversing this Court's September 28, 2023 order denying Petitioners' petition to compel arbitration and motion to enjoin the Louisiana state court action. No later than May 22, 2025, the parties shall submit a joint status letter proposing next steps in this matter.

SO ORDERED.

Dated:    May 15, 2025
           New York, New York

                                                        Ronnie Abrams
                                                        United States District Judge